# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v | ) | CR299-00028-001 |
| | ) | |
| Rufus Lee King, Jr. | ) | |

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 OCT -6  A 10: 03

CLERK

## ORDER

The Court hereby recommends to the Bureau of Prisons that the defendant, if eligible, be placed in the intensive drug/alcohol treatment program while serving his term of imprisonment.

SO ORDERED, this 6th day of Oct., 2005.

_____
Judge, U.S. District Court